AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  24-CR-244 (JMC) |
| Duong Dai Luu | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:  January 21, 2025

*Attorney's signature*

Sean P. Murphy, N.Y. Bar Reg. No. 5321617
*Printed name and bar number*

Torre Chardon, Suite 1201
350 Carlos Chardon Ave
San Juan, PR 00918
*Address*

sean.murphy@usdoj.gov
*E-mail address*

787-766-5656
*Telephone number*

*FAX number*